1 | SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400) gdiekmann@seyfarth.com
2 | Patricia H. Cullison (SBN 101636) pcullison@seyfarth.com
Kamili Williams Dawson (SBN 193264) kdawson@seyfarth.com
3 | 560 Mission Street, Suite 3100
San Francisco, California 94105
4 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HEWITT ASSOCIATES, LLC

SCHNEIDER & WALLACE
Todd M Schneider (SBN 158253)
Joshua Konecky (SBN 182897)
W.H. "Hank" Willson (SBN 233321)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
ANGELA BRYANT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BRYANT, on her own behalf of others similarly situated | Case No. C 052976 JCS |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| HEWITT ASSOCIATES, LLC | |
| Defendant. | |

It is hereby stipulated by and between the parties through their respective attorneys that Defendant Hewitt Associates, LLC will be deemed served on September 3, 2005 and shall have up to and including October 3, 2005 to answer or otherwise plead in response to Plaintiff's complaint.

///

///

///

Stipulation

No previous extensions of time have been made in this matter.

DATED: 8-30-05

Seyfarth Shaw LLP

By: /s/
Patricia H. Cullison
Kamili Williams Dawson
Attorneys for Defendant
HEWITT ASSOCIATES, LLC

DATED: 8-30-05

Schneider & Wallace

By: /s/
Todd M Schneider
Joshua Konecky
W.H. "Hank" Wallson
Attorney for Plaintiff
ANGELA BRYANT

Dated: August 31, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF1 28218489.1

2

Stipulation