1  SEYFARTH SHAW LLP
   GILMORE F. DIEKMANN (CA SBN 50400)
2  PATRICIA H. CULLISON (CA SBN 101636)
   ERIC E. HILL (CA SBN 173247)
3  560 Mission St., Suite 3100
   San Francisco, CA 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5  Gdiekmann@seyfarth.com
   Pcullison@seyfarth.com
6  Ehill@seyfarth.com

7  JOSEPH G. GALAGAZA (TX SBN 07572600)
   ROBERT J. CARTY, JR. (TX SBN 00788794)
8  700 Louisiana St., Suite 3700
   Houston, TX 77002
9  Telephone: (713) 225-2300
   Facsimile: (713) 225-2340
10 Jgalagaza@seyfarth.com
   Rcarty@seyfarth.com
11
   Attorneys for Defendant
12 HEWITT ASSOCIATES LLC

13           UNITED STATES DISTRICT COURT

14       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 ANGELA BRYANT, on her own behalf, and on )   Case No. C 05 2976 MMC
   behalf of others similarly situated,     )
16                                          )
              Plaintiff,                    )   **AGREED ORDER TRANSFERRING**
17                                          )   **VENUE UNDER 28 U.S.C. § 1404(A)**
          v.                                )
18                                          )
   HEWITT ASSOCIATES, LLC,                  )
19                                          )
              Defendant.                    )
20                                          )

21

22       Currently before the Court are Defendant Hewitt Associates LLC's Motion to Transfer

23 Venue and the parties' Joint Stipulation Regarding Transfer of Venue to the Southern District of

24 Texas, Houston Division.  In the Joint Stipulation, the parties jointly stipulate to the following:

25 (1) this case could have been brought in the Southern District of Texas, Houston Division; (2)

26 transferring this case to the Southern District of Texas, Houston Division would be more

27 convenient to the witnesses than would proceeding in this Court; (3) transferring this case to the

28
                                            1
   AGREED ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF TEXAS,
               HOUSTON DIVISION; CASE NO. C 05 2976 MMC

1  Southern District of Texas, Houston Division would be more convenient to the parties than
2  would proceeding in this Court; and (4) transferring this case to the Southern District of Texas,
3  Houston Division would be in the interests of justice. The parties further stipulate that, under 28
4  U.S.C. § 1404(a), the Southern District of Texas, Houston Division is the appropriate venue for
5  this action, and that this action should be transferred to that venue.

6  Based on these stipulations, this Court finds that the convenience of the witnesses, the
7  convenience of the parties, and the interest of justice all favor a transfer of this action to the
8  United States District Court for the Southern District of Texas, Houston Division, pursuant to 28
9  U.S.C. § 1404(a). Accordingly, the Court ORDERS that this case be transferred to the United
10  States District Court for the Southern District of Texas, Houston Division.

11
12  IT IS SO ORDERED.
13
14  DATED: October 14, 2005                                              _____
                                                                          HONORABLE MAXINE M. CHESNEY
15
16  APPROVED & ENTRY REQUESTED:
17  DATED:  October 12, 2005                                  SCHNEIDER & WALLACE
18
19                                                                                     /s/
                                                                              Joshua Konecky
20
                                                              Attorneys for Plaintiff
21                                                            ANGELA BRYANT
22
23  DATED:  October 12, 2005                                  SEYFARTH SHAW LLP
24
                                                                                     /s/
25                                                                          Patricia H. Cullison

26                                                            Attorneys for Defendant
                                                              HEWITT ASSOCIATES LLC
27  SF1 28221631.1 / 21968-000025
28
                                                     2
           AGREED ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF TEXAS,
                       HOUSTON DIVISION; CASE NO. C 05 2976 MMC